IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GALDERMAN LABORATORIES, L.P.
and GALDERMAN S.A.,

                                                 ORDER

                Plaintiffs,                              19-cv-922-wmc

    v.

ANTECO PHARMA LLC,

               Defendant.

---

The court having been advised that the defendant, Anteco Pharma LLC, has filed a bankruptcy petition in May of 2021.

ORDER

IT IS ORDERED that the above entitled action is DISMISSED without prejudice subject to its reopening upon the completion of bankruptcy proceedings should any issues remain unresolved.

Entered this 20th day of May, 2021.

                                      BY THE COURT:

                                      /s/

                                      _____
                                      William M. Conley
                                      District Judge